USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
YVELICE ALTAGRACIA GOMEZ CASTILLO,

                Plaintiff,

  -v-

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-------------------------------------------------------------X

21 **CIVIL** 125 (SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 26, 2021, that the decision of the Acting Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
       August 26, 2021

                                                **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                     **BY:**
                                                  **Deputy Clerk**